# American Chartered Bank

20 North Martingale Road
Suite 600
Schaumburg, IL 60173
847.517.5400 tel
847.517.BANK (2265)
www.americanchartered.com

May 31, 2012

Johnson & Krol LLC
300 South Wacker Drive, Suite 1313
Chicago, IL 60606

RE: Citation to Discover Assets, Case No. 11 cv 4461
Structural Iron Workers Local Union No 1 Pension Trust Fund and John Gardiner, Administrator of the Fund Disbursement Office v. Brandonisio Construction Corporation

To Whom It May Concern:

Enclosed is American Chartered Bank's Answer to Citation. American Chartered Bank did have a relationship with this company; however, all account(s) are closed as of 06/20/11 and 02/01/12. Therefore, American Chartered Bank holds no funds to satisfy this Citation. Should you have any questions, please contact me at (847) 407-2620.

Sincerely,

Linda Halpin
Legal Department

Enclosure

Cc: Clerk of the Court
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

 Member FDIC

11c4461

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

American Chartered Bank, certify under penalty of perjury that with regards to the
(Citation Respondent)

property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one of more of the following and indicate the amount held:

FILED
JUN 05 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

A. Savings Account (Amount withheld) $_____
B. Checking and / or Now Account (Amount withheld) $_____
C. Certificate of Deposit (Amount held) $_____
D. Money Market Account (Amount held) $_____
E. Trust Account (Amount held) $_____
F. Safety Deposit Box $_____
(G.) No Accounts  Accts closed 6/20/11 and 2/01/12
H. Adverse Claimant: Name_____ Address_____
I. Wage, Salary or Commissions_____
J. Other Personal Property (Describe)_____

Attach a sheet for any additional information required by the Citation

Sub Total  0

Less right of offset for other loans  _____

Less deduction for fees limited by
205 ILCS 5/48.1  _____

Total  0

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

AMERICAN CHARTERED BANK
1199 E. Higgins Road
Schaumburg, IL 60173

Agent for Citation Respondent

_____ on oath state.

I am over 21 years of age and not a party to this case. I served the citation to discover assets as follows:
on _____ by leaving a copy with the third party defendant on _____, _____
at the hour of _____ .m. at _____ Street, _____ County, Illinois
On the third party defendant _____ by mailing a copy on _____, _____
by certified mail addressed to agent of the third party defendant, return receipt requested.

(attached green card receipt
of service here)

**Signed and sworn by party making service

_____, _____